## A09A0464. OAKHURST PRESBYTERIAN CHURCH, INC. v. HENDRIX.
### (679 SE2d 742)

BARNES, Judge.

Louise Hendrix sued Oakhurst Presbyterian Church, Inc. after she fell on a staircase at the church and was injured. Oakhurst filed a motion for summary judgment which the court denied before the start of trial. At trial, Oakhurst moved for a directed verdict, which the trial court also denied. The jury awarded a judgment of $17,000 for Hendrix, and Oakhurst appeals.

1. In its sole enumerated error, Oakhurst argues that the trial court erred in denying its motion for summary judgment because Hendrix failed to meet her burden of showing that the church had actual knowledge of the defect in the stairs, and that she also lacked knowledge of the defect, despite the use of ordinary care.

However, "after verdict and judgment, it is too late to review a judgment denying a summary judgment for that judgment becomes moot when the court reviews the evidence upon the trial of the case. [Cits.]" *Phillips v. Abel*, 141 Ga. App. 291 (1) (233 SE2d 384) (1977); *Mullinax v. Singleton*, 139 Ga. App. 704, 705 (1) (229 SE2d 518) (1976). Accordingly, because the denial of Oakhurst's summary judgment motion presents nothing for our review, this enumeration is meritless. See *Valesco v. Chambless*, 295 Ga. App. 376, 378 (2) (671 SE2d 870) (2008).

2. Hendrix's motion to dismiss is denied.

*Judgment affirmed. Miller, C. J., and Andrews, P. J., concur.*

DECIDED MAY 21, 2009 —
RECONSIDERATION DENIED JUNE 5, 2009.

*B. Thassanee Gutter-Parker*, for appellant.
*Peter D. Copeland*, for appellee.